1

2                    UNITED STATES DISTRICT COURT

3              FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                          OAKLAND DIVISION

5

6   MICHAEL C. DWYER,                        Case No:  C 10-5734 SBA

7          Plaintiff,                        **ORDER DIRECTING PLAINTIFF
                                             TO FILE RESPONSE TO
8      vs.                                   DEFENDANT'S MOTION TO
                                             DISMISS**
9   EAGLE MARINE SERVICES, LTD., et al.,

10         Defendants.

11

12

13        On April 29, 2013, Defendant filed a motion to dismiss.  Dkt. 16.  Under Civil Local

14   Rule 7-3(a), an opposition to a motion must be filed within fourteen days of the date the

15   motion was filed, and the reply is due seven days thereafter.  As such, Plaintiff's response

16   to the motion should have been filed by no later than May 13, 2013.  To date, Plaintiff has

17   not filed any response to Defendant's motion.

18        This Court's Standing Orders warn that the failure to file a response to a motion may

19   be construed as consent to the relief sought in the unopposed motion.  Dkt. 7.  As such, it is

20   well within the discretion of the Court to grant Defendant's motion as unopposed and

21   dismiss the action.  See Fed. R. Civ. P. 41(b); Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir.

22   1995).  Nevertheless, mindful of its obligation to first consider to less drastic alternatives,

23   the Court will afford Plaintiff one further opportunity to respond to the pending motion.

24   Accordingly,

25        IT IS HEREBY ORDERED THAT Plaintiff shall have until June 26, 2013 to file

26   and serve his response (i.e., either an opposition or a statement of non-opposition) to

27   Defendant's motion to dismiss.  Plaintiff's response shall comply in all respects with the

28   Federal Rules of Civil Procedure and the Court's Civil Local Rules including, without

1  limitation, Civil Local Rules 7-3 through 7-5.  **PLAINTIFF IS WARNED THAT THE**

2  **FAILURE TO FILE A RESPONSE BY THIS DEADLINE AND/OR TO COMPLY**

3  **WITH THIS ORDER OR ANY OTHER APPLICABLE PROCEDURAL RULES**

4  **WILL RESULT IN THE GRANTING OF THE PENDING MOTION AND THE**

5  **DISMISSAL OF THIS ACTION.**  In the event Plaintiff timely files a response,

6  Defendant may file a reply seven days after the deadline for Plaintiff's response.

7      IT IS SO ORDERED.

8  Dated: June 13, 2013

9  SAUNDRA BROWN ARMSTRONG
   United States District Judge

1

2 UNITED STATES DISTRICT COURT
FOR THE
3 NORTHERN DISTRICT OF CALIFORNIA

4

5 MICHAEL C. DWYER,

6              Plaintiff,

7     v.

8 EAGLE MARINE SERVICES, LTD. et al,

9              Defendant.

10 _____/

11
                                        Case Number: CV10-05734 SBA
12
                                        **CERTIFICATE OF SERVICE**
13

14 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
Court, Northern District of California.
15

16 That on June 12, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
17 said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
located in the Clerk's office.
18

19

20

21 Michael C. Dwyer
10581 Englewood Drive
22 Oakland, CA 94605

23
Dated: June 12, 2013
24                                   Richard W. Wieking, Clerk

25                                        By: Lisa Clark, Deputy Clerk

26

27

28